IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REBIO RONNIE TOWNSEND,

    Petitioner,               No. 2:13-cv-0859 DAD P

    vs.

ATASCADERO STATE HOSPITAL,

    Respondent.            <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner, civilly committed at Coalinga State Hospital and proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed May 22, 2013, respondent was ordered to file, within sixty days, a response to the petition pending before the court. Respondent has not filed an answer to the petition or a motion to dismiss. Nor has respondent sought an extension of time to comply with the court's prior order.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Within fourteen days from the date of this order respondent shall file and serve a responsive pleading in this matter and shall show cause in writing why sanctions should not be imposed for the failure to file the answer or motion to dismiss timely; and

/////

/////

1

2. The Clerk of the Court shall serve a copy of this order on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: August 27, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
town0859.102