UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBIO RONNIE TOWNSEND,<br><br>        Petitioner,<br><br>   v.<br><br>ATASCADERO STATE HOSPITAL,<br><br>        Respondent. | No. 2:13-cv-0859 DAD P<br><br><br>ORDER |

        On August 28, 2013, the court issued an order to show cause and ordered respondent to file and serve a responsive pleading in this matter and show cause in writing why sanctions should not be imposed due to respondent's failure to file a timely answer or motion to dismiss. Counsel for respondent has filed an answer to the petition and a response to the court's order to show cause explaining how the failure to timely file a response in this action resulted from an inadvertent error.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The court's order to show cause is discharged;

        2. Respondent's answer to the petition is deemed timely; and

/////

/////

/////

1

3. Petitioner shall file a traverse, if any, within thirty days of the date of service of this order.

Dated: September 17, 2013

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
town0859.dch

2